# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

HAYMARKET-GALERIA, LLC AND
GARDEN VIEW APARTMENTS, LLC

Plaintiffs

v.

BLACKBOARD INSURANCE COMPANY, INC.
AND INDEPENDENT SPECIALTY INSURANCE
COMPANY AND CERTAIN UNDERWRITERS AT
LLOYD'S AND OTHER INSURERS SUBSCRIBING
TO BINDING AUTHORITY B60451056822021

Defendants

Civil Action No. 3:23-cv-01252

## **CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Civil Rule 7.1,

Blackboard Insurance Company

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Blackboard Specialty Insurance Company, Blackboard U.S. Holdings, Inc., American International Group, Inc., Vanguard Group, Inc., Haymarket-Galeria, LLC, Garden View Apartments, LLC, Blackboard Insurance Company, Inc., Independent Specialty Insurance Company, Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority B60451056822021, Rolfes Henry Co., LPA and Kevin Tucker .

**Tara E. Clement (Bar No. 27406)**
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.