UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HAYMARKET-GALERIA, LLC AND GARDEN VIEW APARTMENTS, LLC<br>   Plaintiffs<br><br>VERSUS<br><br>BLACKBOARD INSURANCE COMPANY, INC. AND INDEPENDENT SPECIALTY INSURANCE COMPANY AND CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO BINDING AUTHORITY B60451056822021<br>   Defendants | CIVIL ACTION NO.: 3:23-cv-01252<br><br><br><br>JUDGE: SHELLY D. DICK<br><br><br><br><br>MAG.: RICHARD L. BOURGEOIS, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF COMPLIANCE

Pursuant to 28 U.S.C. § 1447(b), defendant, Blackboard Insurance Company, states as follows:

1. The parties to this action are defendants, Blackboard Insurance Company, Inc.; Independent Specialty Insurance Company; and Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority B60451056822021; and, plaintiffs, Haymarket-Galeria, LLC, and Garden View Apartments, LLC;

2. To the best of Blackboard Insurance Company, Inc.'s knowledge, all pleadings filed by the parties in state court have been attached to Notice of Removal as Exhibit A [R. Doc.1-1]; Index of Record [1-8]; and Notice of Removal [1-7].

3. To the best of Blackboard Insurance Company, Inc.'s knowledge, all copies of returns on service of process filed in state court have been attached to Independent Specialty Insurance Company and Certain Underwriters at Lloyd's and Other Insurers

1

Subscribing to Binding Authority B60451056822021's Notice of Removal as Exhibit A [R. Doc.1-1] and Index of Record [1-8].

>Respectfully submitted,
>
>*/s/Tara E. Clement*
>ROBERT I. SIEGEL (Bar No. 12063)
>TARA E. CLEMENT (Bar No. 27406)
>GIEGER, LABORDE & LAPEROUSE, L.L.C.
>Hancock Whitney Center
>701 Poydras Street, Suite 4800
>New Orleans, Louisiana 70139
>Telephone: (504) 561-0400
>Facsimile: (504) 561-1011
>Email: rsiegel@glllaw.com
>tclement@glllaw.com
>*Attorneys for Blackboard Insurance Company*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 1st day of September, 2023, served a copy of the foregoing *Notice of Compliance* with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to counsel for all parties to this proceeding.

>*/s/Tara E. Clement*
>TARA E. CLEMENT