

### UNITED STATES DISTRICT COURT
**MIDDLE DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

**Michael L. McConnell**                                           **Telephone: 225-389-3500**
**Clerk of Court**                                                     **Facsimile: 225-389-3501**


September 6, 2023

Kevin Tucker
5124 Alphonse Drive
Metairie, LA 70006

RE:    23-cv-1252-SDD-RLB
       Haymarket-Galeria, LLC v. Blackboard Insurance Company, Inc., et al

#### <u>NOTICE</u>

     A Notice of Removal has been filed in the Middle District of Louisiana listing you as counsel of record for Plaintiffs, Haymarket-Galeria, LLC and Garden View Apartmens, LLC.  A review of our records indicates you are not currently admitted to practice before this court and, as a result, will not be allowed to sign, electronically file any pleadings, or appear in court until admitted. If members of the Louisiana State Bar, please complete the attorney admission packet located on our website at https://www.lamd.uscourts.gov/attorney-admission.  For any questions, please contact the Clerk the Court's Office at (225)389-3500.


        Sincerely,
        Michael L. McConnell
        Clerk of Court


        By: _Elisa Clement_____
        Deputy Clerk